UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES NEWMAN, | Case No. 2:24-cv-02167-SVW (MAR) |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that: (1) Respondent's motion to dismiss, Dkt. 17, is **GRANTED** and (2) judgment be entered denying the Petition for a Writ of Habeas Corpus and dismissing this action with prejudice.

Dated: March 27, 2025

HONORABLE STEPHEN V. WILSON
United States District Judge