UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES NEWMAN,<br><br>                           Petitioner,<br><br>            v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>                           Respondent. | Case No. 2:24-cv-02167-SVW (MAR)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: March 27, 2025

_____
HONORABLE STEPHEN V. WILSON
United States District Judge